**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.maxpreps.com/news/J0KJP8Um10aCjFYIobVOQg/watch-nicole-melious-puts-up-luka-doncic-like-numbers-for-wagner.htm



**EXHIBIT 2:** INFRINGEMENT #2

URL: https://www.facebook.com/watch/?v=1779866639066939



**EXHIBIT 2:** INFRINGEMENT #3
URL: https://twitter.com/MaxPreps



**EXHIBIT 2:** INFRINGEMENT #4
URL: https://www.tiktok.com/@maxpreps/video/7185740422512217386?_r=1&_t=8Yty8JP3K38



**EXHIBIT 2:** INFRINGEMENT #5
URL: https://www.youtube.com/watch?v=2Jxs-M18Kxw



**EXHIBIT 2:** INFRINGEMENT #6
URL: https://www.maxpreps.com/m/news/jivcpp5ffk-6Y8D8-Y7ptQ/high-school-girls-basketball-at-nearly-44-points-per-game%2c-nicole-melious-of-new-york-is-the-nations-leading-scorer.htm?ftag=

