```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
   DAMION REID,                               :
                          Plaintiff,          :
                                              :       24 Civ. 1698 (LGS)
              -against-                       :
                                              :           ORDER
   CBS INTERACTIVE INC.,                      :
                          Defendant.          :
                                              :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for April 24, 2024;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

**ORDERED** that the April 24, 2024, initial pretrial conference is **CANCELED**.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED** that if Defendant seeks to file a motion to dismiss, it shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

**ORDERED**, regarding settlement discussions, the parties' request for a referral to a settlement conference is **GRANTED**.  The referral will issue in a separate order.

The parties are advised that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.  Defendant is advised that the Court does not typically stay discovery while a motion to dismiss is pending.

Dated: April 19, 2024
      New York, New York

                                               **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**